```
 1                  IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF NEBRASKA
 2

 3     UNITED STATES OF AMERICA,        )
                                        )
 4                      Plaintiff,      )         4:23CR3019
                                        )
 5           vs.                        )
                                        )         Lincoln, Nebraska
 6     ANTHONY UNOCIC,                  )         September 28, 2023
                                        )
 7                      Defendant.      )

 8
                                    VOLUME IV
 9                         TRANSCRIPT OF PROCEEDINGS
                     BEFORE THE HONORABLE JOHN M. GERRARD
10          SENIOR UNITED STATES DISTRICT JUDGE AND A JURY

11

12                         A-P-P-E-A-R-A-N-C-E-S

13     FOR THE PLAINTIFF:             Mr. Daniel D. Packard
                                      Asst. United States Attorney
14                                    100 Centennial Mall North
                                      Suite 487
15                                    Lincoln, NE 68508

16     FOR THE DEFENDANT:             Mr. Korey L. Reiman
                                      Asst. Federal Public Defender
17                                    100 Centennial Mall North
                                      Suite 112
18                                    Lincoln, NE 68508

19

20

21     COURT REPORTER:                Ms. Brenda L. Fauber, RDR, CRR
                                      111 South 18th Plaza
22                                    Suite 3122
                                      Omaha, NE 68102
23                                    (402) 661-7322

24
       Proceedings reported by certified stenographer, transcript
25     produced with computer.
```

1        (At 10:19 a.m. on September 28, 2023, with counsel for
2   the parties and the defendant present, and the jury NOT
3   present:)
4            THE COURT:  Good morning, everyone.
5        United States of America versus Anthony Unocic.  This is
6   day four of the trial.
7        The jury has been out and the Court has been advised that
8   the jury has reached a verdict.
9        Counsel, is there anything we need to take up before I
10  bring the jury?
11           MR. PACKARD:  No, your Honor.
12           MR. REIMAN:  No.
13           THE COURT:  I will tell you this, and I have in other
14  cases, it's not the Court's practice to poll the jury unless
15  it's specifically requested by the lawyers.  So I won't be
16  doing that unless there's a specific request.
17       Secondly, I think you both know that I do allow you to
18  speak with jurors if they wish to speak afterwards.  If they
19  wish not to speak, I want you to respect that as well.
20       All right.
21       With that, let's bring the jury.
22           (Jury in at 10:20 a.m.)
23           THE COURT:  And you may be seated.  Welcome back,
24  ladies and gentlemen of the jury.
25       It looks like Juror Number 2, I will ask you, has the

1      jury reached a unanimous verdict?
2              FOREPERSON:  We have, your Honor.
3              THE COURT:  All right.  Very well.
4          If you would please hand the verdict form to my courtroom
5      deputy, Ms. Miller, I'll examine it as to form.
6          All right.  Very well.  It's appropriate as to form and I
7      will read the entire verdict out loud.
8          This is the case of the United States of America versus
9      Anthony Unocic, Case Number 4:23CR3019.  The charge was
10     threatening to assault a federal law enforcement officer.
11         And the verdict is as follows:
12         We, the jury, find the defendant, Anthony Unocic, guilty
13     beyond a reasonable doubt of threatening to assault Agent
14     David Tubbs with the intent to retaliate against Tubbs, as
15     instructed in Instruction Number 9.
16         Signed by the jury foreman on the 28th day of September,
17     2023.
18         And I will ask, first of all, the foreman, Juror Number
19     2, has the verdict that I've just read been reached
20     unanimously?
21             FOREPERSON:  It has, your Honor.
22             THE COURT:  Very well.  And has the verdict -- was
23     the verdict that I just read accurate?
24             FOREPERSON:  Yes, it was.
25             THE COURT:  All right.  Very well.

1           Any polling necessary of the jury?

2                MR. PACKARD:  No, your Honor.

3                MR. REIMAN:  No, sir.

4                THE COURT:  All right.  Very well.

5           Unanimity has been verified.  The Court will accept the

6      verdict and I will direct my clerk to file and record the

7      verdict.

8           At this time, ladies and gentlemen of the jury, I want to

9      thank you for your service.  I have before, but I mean that on

10     behalf of the entire district.

11          These cases are difficult.  You've been most attentive

12     throughout the proceedings and taken your duty very seriously

13     and I want to thank you on behalf of the district.

14          I will discharge you at this point in time as jurors.  If

15     you wish to wait just for a few moments, I'll be happy to

16     speak with you about the proceedings and procedures in my

17     chambers in just a few moments.

18          And if you do not wish to wait, you are discharged and

19     you will be allowed to go at this point in time.

20          So once again thank you on behalf of the District of

21     Nebraska.  You are discharged and I'll meet with you in just a

22     few minutes.

23          Okay.  Thank you.

24          (Jury out at 10:24 a.m.)

25                THE COURT:  All right.  You may be seated.

1       So the Court has accepted the jury verdict.  At this time
2  I will adjudge Mr. Unocic guilty of Count I, threatening to
3  assault a federal law enforcement officer with the intent to
4  retaliate against the officer on account of the performance of
5  his official duties.
6       So the verdict and the judgment is guilty.
7       I will set the sentencing date for January 4, 2024, at
8  9 a.m.
9       Counsel, are both of you available on January 4?
10           MR. REIMAN:  Yes, sir.
11           MR. PACKARD:  Yes, your Honor.
12           THE COURT:  All right.  So sentencing will be set on
13  January 4 of 2024, 9 a.m.
14       Mr. Unocic, there will be a presentence investigation
15  report prepared in the interim.  I'll want you to cooperate
16  with that.  It would be in your best interests to cooperate
17  with that between now and that time.
18       Counsel, is there any other matters that we need to take
19  up from the government?
20           MR. PACKARD:  No, your Honor.
21           THE COURT:  Or from the defense?
22           MR. REIMAN:  No, sir.  Thank you.
23           THE COURT:  All right.
24       Mr. Unocic will be remanded to the custody of the United
25  States Marshal until the sentencing.

1    He's under service of sentence on another matter but will
2    be expected to be brought back January 4 of 2024.
3        Counsel, thank you both for your service to this court.
4        We stand adjourned.
5
6        (Adjourned at 10:26 a.m.)
7
8
9
10       I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.
11
12       ___/s *Brenda L. Fauber*___         ___February 6, 2024___
         Brenda L. Fauber, RDR, CRR                    Date
13
14
15